Benjamin Wright, State Bar No. (027003)
Wright Law Offices
2999 N. 44th St., Ste. 250
Phoenix, AZ 85018
602-344-9695
480-717-3380 (fax)
shawn@azbklawyer.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**SHANNON RENEE HOWARD,**<br><br>Debtor. | Chapter 7<br><br>Case No. 2:18-bk-03482-DPC<br><br>**NOTICE OF LODGING ORDER** |

Pursuant to Local Bankruptcy Rule 9022-1 (b), Debtors, hereby provides this notice that on September 28, 2021, the attached *Order Denying Motion for Stay Relief and Adequate Protection* was lodged with the Court.

**RESPECTFULLY SUBMITTED** this 28th day of September 2021.

                               **Wright Law Offices, PLC**

                               By: /s/ *Shawn A. McCabe (032402)*
                                  Shawn A. McCabe
                                  *Attorneys for Debtor*

E-FILED this 28th day of September, 2021 with
the U.S. Bankruptcy Court. Copies
served via ECF notice, email and or U.S.
Mail on the following parties:

U.S. Trustee 230 North First Avenue,
Suite 204
Phoenix, AZ 85003-1706
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown
Chapter 13 Trustee
Suite 800

| | |
|---|---|
| 1 | 3838 North Central Avenue |
| 2 | Phoenix, AZ 85012-1965 |
| | mail@ch13bk.com |
| 3 | *Chapter 13 Trustee* |
| 4 | Shane Osterhout |
| 5 | c/o Schneider & Onofry, P.C. |
| | 365 E. Coronado Road |
| 6 | Phoenix, AZ 85004 |
| | bspector@soarizonalaw.com |
| 7 | |
| 8 | PRA Receivables Management, LLC |
| | PO Box 41021 |
| 9 | Norfolk, VA 23541 |
| | claims@recoverycorp.com |
| 10 | |
| 11 | Toyota Motor Credit Corporation |
| | c/o Tiffany & Bosco, P.A. |
| 12 | Seventh Floor Camelback Esplanade II |
| | 2525 E. Camelback Rd. |
| 13 | Phoenix, AZ 85016 |
| | ljm@tblaw.com |
| 14 | |
| 15 | Wells Fargo Bank, N.A. |
| | c/o Tiffany & Bosco, P.A. |
| 16 | Seventh Floor Camelback Esplanade II |
| | 2525 E. Camelback Rd. |
| 17 | Phoenix, AZ 85016 |
| | ljm@tblaw.com |
| 18 | |
| 19 | All parties listed on the attached mailing list who are not listed above. |
| 20 | |
| 21 | By: */s/ Rebecca Casteel* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |