1
2
3
4
5
6
7

**UNITED STATES BANKRUPTCY COURT**

8

**FOR THE DISTRICT OF ARIZONA**

9

In re

Chapter 7

10

**SHANNON RENEE HOWARD,**

Case No.        2:18-bk-03482-DPC

11

Debtor.

12

**ORDER DENYING MOTION FOR RELIEF FROM STAY AND FOR ADEQUATE PROTECTION**

**SHANE OSTERHOUT,**

13

Movant.

14

v.

15

**SHANNON RENEE HOWARD,**

16

Respondent.

17

18

The parties are brought before the court for a determination on Shane Osterhout's

19
20

(the "**Movant**") *Motion for Relief from Stay and for Adequate Protection* (Dkt. No. 74,

21

the "**Motion**"). The Court has reviewed the pleadings and heard oral arguments at the

22

September 14, 2021 hearing.

23

**THE COURT FINDS:**

24
25

1.  The Movant is seeking relief from the automatic stay to bring state court

26

proceedings to enforce an Order of Dissolution of Marriage entered pre-

27

petition calling for the sale of their marital residence (the "Property").

28

2.  The Movant was notified of this bankruptcy filing and chapter 13 plan;

3. The Movant did not file any claims in this case prior to the proof of claims bar date of June 18, 2018;

4. The chapter 13 plan did not propose any sale or refinance of the Property;

5. The chapter 13 plan was confirmed on October 9, 2019;

6. Movant did not make any requests for adequate protection prior to the chapter 13 plan being confirmed;

7. Movant did not object to confirmation of the chapter 13 plan; and

8. Bankruptcy Code Section 362(b)(2)(a)(iv) is not applicable to Movant's Motion.

**THE COURT ORDERS:**

1. The Movant's request for relief from the automatic stay provisions of Bankruptcy Code Section 362 is DENIED; and

2. The Movant's request for adequate protection payments is DENIED.

**DATED AND SIGNED ABOVE.**